## FOWLER v. STATE.
### No. 21841.

Court of Criminal Appeals of Texas.

Jan. 14, 1942.

Alvin F. Nemir, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The appellant was convicted of the offense of murder. Upon conviction, his punishment was fixed at ten years in the state penitentiary.

The record is before us without statement of facts or bills of exception. No error appears on the face of the record.

The judgment of the trial court is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.